IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

IN RE: AMERICAN MEDICAL SYSTEMS, INC.,
       PELVIC REPAIR SYSTEM                        MDL NO. 2325
       PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO ALL CASES
ON AN INACTIVE DOCKET

O R D E R

I have previously ordered that the parties in cases on an Inactive Docket Order, in the *American Medical Systems, Inc., Pelvic Repair System Products Liability Litigation*, 2:12-md-2325 ("MDL 2325"), had until no later than August 31, 2018, to submit joint motions of dismissal. The Orders provided that if dismissals were not submitted by the August 31, 2018, deadline then the court would take certain actions.

For reasons appearing to the court, it is **ORDERED** as follows:

1. The deadline to submit joint motions of dismissal is now extended to October 31, 2018, for all cases in MDL 2325 currently on an inactive docket;

2. For all cases on an inactive docket and all cases to be put on an inactive docket, the parties may submit an agreed order of dismissal with prejudice on or before October 31, 2018; if settlements are not finalized and dismissal orders are not submitted by October 31, 2018, then the court may have a hearing to determine the appropriate action pertaining to any remaining cases on the inactive docket, or dismiss the cases without prejudice;

3. All remaining provisions of Inactive Docket Orders entered in MDL 2325 and individual cases remain in effect.

The Clerk is **DIRECTED** to file a copy of this order in every member case associated with MDL 2325 that is on an inactive docket, and to send a copy of this Order to counsel of record and any unrepresented party.

ENTER: August 15, 2018

_____
JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE